DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

3447 WEST KENNEDY BOULEVARD, LLC,
and JILLIAN O'STEEN,

Petitioners,

v.

TAMPA BAY BAR BUSINESS, LLC,

Respondent.

No. 2D2024-2895

————————————————

September 26, 2025

Petition for Writ of Certiorari to the Circuit Court for Hillsborough County; Paul L. Huey, Judge.

Donald A. Mihokovich of Adams and Reese LLP, Tampa, for Petitioners.

David M. Caldevilla of de la Parte, Gilbert, McNamara & Caldevilla, P.A., Tampa; and Kenneth G. Turkel and Anthony J. Severino of Turkel Cuva Barrios, P.A., Tampa, for Respondent.


PER CURIAM.

Denied.

LUCAS, C.J., and BLACK and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.